# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

UNITED FIRE AND CASUALTY
COMPANY,

    Appellant,

v.

                             Case No.: 23-13594

PROGRESSIVE EXPRESS INSURANCE
COMPANY,

    Appellee.
_____/

---

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF & APPENDIX
---

Lindsey Lawton
Florida Bar Number: 44437
3551 S. Blair Stone Rd.
Suite 128-139
Tallahassee, Florida 32301
(850) 727-4655
llawton@brownleelawfirmpa.com

*Counsel for Appellant*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant, UNITED FIRE AND CASUALTY COMPANY, by and through undersigned counsel, hereby submits this Certificate of Interested Persons as follows:

1. Alexander, Megan

2. Angley, David Michael

3. Bittner, Michael B.

4. Brownlee, Michael M.

5. Crews, Jason W.

6. Frost, Jack T.

7. George, Robert B.

8. Gomez, Carlos

9. Gray, Kelly Kathleen

10. Great South Timber and Lumber LLC

11. Hardy III, W. Marvin

12. Jones, Eric D.

13. Kaple, Joseph Kurt

14. Kelley Kronenbery, P.A.

15. Kidd, The Hon. Embry J.

16. Kulik Law Firm, P.A.

17. Kulik, Robert F.

18. Lawton, Lindsey

19. Liles Gavin, P.A.

20. Marks Gray, P.A.

21. Mendoza, The Hon. Carlos Eduardo

22. Mills, Pierce

23. Neilson, Willard Lane

24. Nielson & Associates, P.A.

25. Nocero, Aimee

26. Norman, Edwin

27. Norman, Stacy

28. North Florida Diesel Inc.

29. Progressive Corporation (PGR)

30. Progressive Express Insurance Company

31. Rash, Kyle J.

32. Rywant, Alvarez, Jones, Russo & Guyton, P.A.

33. Rywant, Michael S.

34. Sarber, III, L. Johnson

35. Smith, The Hon. Thomas B.

36. Spires, Julie A.

37. The Brownlee Law Firm, P.A.

38. The Estate of Lois Mills

39. Therrell Construction LLC

40. Therrell Transport

41. Therrell, Carl

42. Thompson, Jordan Marshall

43. United Fire and Casualty Company

44. United Fire Group (UFGS)

45. Young, B. Richard

46. Young, Bill, Boles, Palmer, Duke, & Thompson, P.A.

Pursuant to Federal Rules of Appellate Procedure 26.1 and Eleventh Circuit Rules 16.1-1 through 26.1-3, Appellant states that there are no corporate disclosures other than those reflected above.

# APPELLANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

COMES NOW the Appellant, United Fire and Casualty Company, by and through undersigned counsel, and respectfully requests an order extending the time to file the Initial Brief and Appendix by 60 days, stating:

1. The current deadline for filing the initial brief is May 9, 2024, and the deadline for filing the appendix is May 16, 2024.

2. This deadline was established when the Court granted a request for a 30-day extension of time after two prior extensions of time by 60 days apiece.

3. Since the last extension of time, the parties have been engaged in discussions for possible settlement of the case, and those discussions are ongoing.

4. Undersigned counsel needs an additional 60 days in which to prepare the initial brief and the appendix to ensure that she does not need to expend substantial time and resources preparing those documents before settlement discussions are concluded. The need for 60 days is based on the anticipated time needed for preparing the brief in this case while also accommodating multiple other deadlines that undersigned counsel has in other cases over the next 45 days.

5. Undersigned contacted counsel for Appellee, Carlos Gomez, and Mr. Gomez stated that he does not object to the request made herein.

WHEREFORE, Appellant respectfully requests this Court grant this request for an additional 60 days to file and serve his Initial Brief and Appendix, making the

1

deadline for the initial brief July 8, 2024, and the deadline for filing the appendix July 15, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May, 2024, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Lindsey Lawton
Lindsey Lawton
Florida Bar Number: 44437
3551 S. Blair Stone Rd.
Suite 128-139
Tallahassee, FL 32301
(850) 727-4655
llawton@brownleelawfirmpa.com

*Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies, pursuant to Fed. R. App. P. 32(g)(1), that this document complies with the type-volume limitations of Fed. R. App. P. 35(b)(2)(A) and 40(b)(1) because it contains 250 words. Microsoft Word software was used to count the words in the foregoing Motion.

/s/ Lindsey Lawton
Lindsey Lawton
Florida Bar Number: 44437